IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERICA MATHERNE,<br><br>  Claimant,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>  Respondent. | Case No.<br><br>Removed from the 29th Judicial District Court for the Parish of St. Charles, Louisiana |

## NOTICE OF REMOVAL

Defendant The Prudential Insurance Company of America ("Prudential"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, submits the following Notice of Removal with respect to the above captioned case, which was filed in the Twenty-Ninth Judicial District Court for the Parish of St. Charles, Louisiana, Case No. 85.852. In support of this Notice of Removal, Prudential states the following:

### Timeliness And Background

1. On February 5, 2019, Plaintiff Erica Matherne ("Plaintiff") commenced a civil action against Prudential by filing a petition in the Twenty- Ninth Judicial District Court for the Parish of St. Charles, Louisiana. The lawsuit is recorded on that court's docket as Case No. 85.852. There are no other parties named in Plaintiff's petition.

2. Life Insurance Company of North America ("LINA") was served with Plaintiff's Petition on March 4, 2019, and LINA forwarded Plaintiff's Petition to Prudential on March 11, 2019. Prudential received Plaintiff's petition from LINA on March 11, 2019. Prudential in no way concedes or admits that service on LINA constituted valid service or delivery of the petition to Prudential. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the cover letter and

55687582v.1

Plaintiff's petition, which constitute "all summons, pleadings, and orders" received by Prudential in the state court action, is attached hereto as Exhibit A. Because Prudential has filed this Notice of Removal within thirty days of receiving Plaintiff's initial pleading, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

3.  Plaintiff previously worked as a lab analyst with Occidental Petroleum Corporation ("Oxy, Inc.") but stopped working because of alleged medical issues. (Petition ¶¶ III-IV.) In her petition, Plaintiff seeks long-term disability ("LTD") benefits under the Plan, an employer-sponsored insurance plan insured by Prudential. (Petition ¶¶ III, V-VI, VIII, XIII, XVI, Wherefore Clause.)

4.  Plaintiff brings one claim against Prudential under ERISA, 29 U.S.C. § 1132(a)(1)(B) and seeks to recover LTD benefits and to enforce her rights to benefits under the Plan. (Petition ¶¶ XVI-XVII and Wherefore Clause.)

## Federal Jurisdiction

5.  Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6.  Plaintiff's claim is brought pursuant to ERISA, 29 U.S.C. § 1001, *et seq.* and thus arises under the laws of the United States within the meaning of 28 U.S.C. § 1331. (Petition ¶ III, XVI.) Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

## Venue And Notice

7.  Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Venue is proper in this District because, pursuant 28 U.S.C. § 98(a), this District embraces the Twenty-

2

Ninth Judicial District Court for the Parish of St. Charles, Louisiana, the place where the removed action had been pending. 28 U.S.C. § 1441(a).

8.	Promptly upon the filing of this Notice of Removal, Prudential shall file a Notice of Filing of Notice of Removal, with a copy of the Notice of Removal, with the Twenty-Ninth Judicial District Court for the Parish of St. Charles, Louisiana, and will serve a copy thereof on Plaintiff through his counsel, pursuant to 28 U.S.C. 1446(d). A copy of this notice is attached hereto at Exhibit B.

## **Conclusion**

9.	Based on the foregoing, this Court has original jurisdiction over this action because this action arises under federal law under 28 U.S.C. § 1331; therefore, the Court properly may exercise jurisdiction over this lawsuit. 28 U.S.C. § 1441(a).

10.	Should Plaintiff seek to remand this case to state court, Prudential respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event the Court decides that remand is proper, Prudential asks that the Court retain jurisdiction and allow Prudential to file a motion asking this Court to certify any remand order for interlocutory review by the Fifth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

WHEREFORE, The Prudential Insurance Company of America requests that the above-described action pending against it be removed to this Court. The Prudential Insurance Company of America also requests all other relief, at law or in equity, to which it justly is entitled.

DATED:  this 20st day of March, 2019	Respectfully submitted,

                    By:  */s/ Patricia S. LeBlanc*
                        Patricia S. LeBlanc
                        pleblanc@lfvlaw.com
                        LEBLANC FANTACI VILLIO, LLC
                        3421 N. Causeway Blvd., Suite 201
                        Metairie, LA 70002
                        Telephone:  (504) 828-1010
                        Facsimile:  (504) 828-1079

                        Attorney for Defendant
                        THE PRUDENTIAL INSURANCE
                        COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have caused a true and correct copy of the foregoing NOTICE OF REMOVAL to be served upon the following, via Federal Express on March 21, 2019:

>Christina L. Carroll
>ROBEIN, URANN, SPENCER, PICARD
>  & CANGEMI, APLC
>2540 Severn Avenue, Suite 400
>Metairie, LA 70002
>Telephone:   (504) 885-9994
>Facsimile:   (504) 885-9969
>
>*Counsel for Erica Matherne*

>/s/ Patricia S. LeBlanc
>One of the Attorneys for Respondent
>THE PRUDENTIAL INSURANCE COMPANY
>OF AMERICA