IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERICA MATHERNE,<br><br>         **Plaintiff,**<br><br>v.<br><br>**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**<br><br>         **Defendant.** | CIVIL ACTION NO. 2:19-cv-02671<br><br>JUDGE: MARTIN L.C. FELDMAN<br><br>MAGISTRATE: JOSEPH C.<br>                     WILKINSON, JR. |

### JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff, ERICA MATHERNE, and Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), through their respective undersigned counsel, hereby notify the Court that on January 16, 2020, the parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a final joint notice of settlement and joint stipulation of dismissal within sixty (60) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for sixty (60) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for sixty (60) days.

61311754v.1

- 2 -

DATED: January 21, 2020 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　  */s/ J. Price McNamara* (with permission)
　　　　　　　　　　　　　　　　　　　　　　J. PRICE McNAMARA, TA  (20291)
　　　　　　　　　　　　　　　　　　　　　　10455 Jefferson Highway, Ste. 2B
　　　　　　　　　　　　　　　　　　　　　　Baton Rouge, LA 70809
　　　　　　　　　　　　　　　　　　　　　　Telephone: 225-201-8311
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 225-201-8313
　　　　　　　　　　　　　　　　　　　　　　E-mail: price@jpricemcnamara.com
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Erica Matherne*


　　　　　　　　　　　　　　　　　　　　　　*/s/ Shelley R. Hebert*
　　　　　　　　　　　　　　　　　　　　　　Shelley R. Hebert (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Ian H. Morrison (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Seyfarth Shaw, LLP
　　　　　　　　　　　　　　　　　　　　　　233 South Wacker Drive, Suite 8000
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60606
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 460-5000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 460-7000
　　　　　　　　　　　　　　　　　　　　　　E-mail: shebert@seyfarth.com
　　　　　　　　　　　　　　　　　　　　　　imorrison@seyfarth.com

　　　　　　　　　　　　　　　　　　　　　　Patricia S. LeBlanc
　　　　　　　　　　　　　　　　　　　　　　LeBlanc Partners LLC
　　　　　　　　　　　　　　　　　　　　　　3421 N. Causeway Blvd., Suite 300
　　　　　　　　　　　　　　　　　　　　　　Metairie, LA 70002
　　　　　　　　　　　　　　　　　　　　　　Telephone: (504) 828-1010
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 828-1079
　　　　　　　　　　　　　　　　　　　　　　E-mail: pleblanc@lfvlaw.us

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant The Prudential Insurance Company of America*

## **CERTIFICATE OF SERVICE**

I certify that on January 21, 2020, I electronically filed the foregoing JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY, to be served upon the following via the Court's CM/ECF system:

>John Price McNamara
>Law Office of J. Price McNamara
>10455 Jefferson Highway
>Suite 2B
>Baton Rouge, LA 70809
>225-201-8311
>Email: price@jpricemcnamara.com

*/s/ Shelley R. Hebert*