UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERICA MATHERNE | CIVIL ACTION NO. 2:19-cv-02671 |
| VERSUS | JUDGE: MARTIN L.C. FELDMAN |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA | MAGISTRATE: JOSEPH C. WILKINSON, JR. |

### ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED THAT** the above-captioned matter, be, and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana this  5th  day of _____March_____, 2020.

_____
JUDGE